UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00036-PAB-KLM

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : |
| FIRSTBANK OF LONGMONT, a Colorado corporation; and | : |
| Defendant. | : |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement regarding all matters in this action.

DATE:  April 29, 2019

Respectfully submitted,

*/s/Robert J. Vincze*
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207; Email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*

and

*/s/Susan S. Sperber*
Susan S. Sperber
Lewis Roca Rothgerber Christie LLP
1200 17th Street, Suite 3000, Denver, CO 80202
Phone: 303-623-9000; Email: ssperber@lrrc.com
*Attorneys for Defendant FirstBank of Longmont*